The People of the State of Illinois for Use of Drainage Commissioners of Drainage District No. 2, of Town of Ophir, La Salle County, Illinois, Appellee, v. A. P. Wylie, Appellant.

Gen. No. 6,437.   (Not to be reported in full.)

Appeal from the Circuit Court of La Salle county; the Hon. EDGAR ELDREDGE, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed August 7, 1917.

## Statement of the Case.

Action by the People of the State of Illinois for the use of Drainage Commissioners of Drainage District No. 2, of the Town of Ophir, La Salle County, Illinois, plaintiff, against A. P. Wylie, defendant, upon defendant's official bond as treasurer of said district to recover money coming into defendant's hands as such treasurer on account of certain assessments for public improvements made by the district. From a judgment for plaintiff for $692.22 damages, on a directed verdict, defendant appeals.

JAMES J. CONWAY and HENRY M. KELLY, for appellant.

R. D. MILLS and BUTTERS & CLARK, for appellee.

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.

## Abstract of the Decision.

1. DRAINAGE—*when finding that district is estopped to recover money paid out by treasurer will not be disturbed.* In an action on the official bond of the treasurer of a drainage district, the finding

of the court on the question whether plaintiff drainage district was estopped from demanding that money be paid back to the district after it has been once paid for the benefit of the district will not be disturbed.

2. Drainage, § 54*—*when commissioners have no power to use funds*. Drainage commissioners have no power to use funds appropriated, levied and collected for a certain purpose for another and different purpose.

3. Drainage, § 55*—*what indebtedness may not be incurred or paid by district*. A drainage district cannot lawfully incur or pay indebtedness created prior to the levying of an assessment appropriating money for such purpose.